# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| STANLEY C. BRASCH, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:05-CV-222 CAS |
| NORMAN Y. MINETA, in his capacity as Secretary of Transportation, | ) ) ) ) |
| Defendant. | ) ) |

## ORDER

This matter is before the Court on defendant's motion to file a thirty-eight (38) page overlength memorandum of law. Defendant's motion will be denied, but defendant will be granted leave to file a memorandum which shall not exceed twenty (20) pages in length. The Court urges defendant to make this memorandum and all others fall within the fifteen (15) page limit if possible. The page limit is intended to both ease the burden upon the Court caused by unnecessarily lengthy briefing, and to cause the parties to edit and focus their arguments and authorities in the most efficient and persuasive manner.

In the future, when counsel files a motion for leave to file a document, the correct procedure is for counsel to attach as an exhibit to the motion for leave the document for which leave is sought. Counsel did the opposite in this case.

Accordingly,

**IT IS HEREBY ORDERED** that defendant's motion to file a thirty-eight (38) page overlength memorandum of law is **DENIED**. [Filed as an attachment to the motion to dismiss]

**IT IS FURTHER ORDERED** that the Clerk of the Court shall delete from the docket in this case the thirty-eight (38) page memorandum in support, Part 4 to the motion to dismiss or in the alternative for summary judgment.

**IT IS FURTHER ORDERED** that defendant shall file, within ten (10) days of the date of this order, a memorandum of law in support of his motion to dismiss or in the alternative for summary judgment which shall not exceed twenty (20) pages.

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this 21st day of September, 2006.