UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| STANLEY C. BRASCH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:05-CV-222 CAS |
| | ) |
| MARY E. PETERS, in her official | ) |
| capacity as Secretary of Transportation, | ) |
| | ) |
| Defendant. | ) |

**JUDGMENT AND PARTIAL ORDER OF DISMISSAL**

In accordance with the memorandum and order of this date and incorporated herein,

**IT IS HEREBY ORDERED** that plaintiff's claims 6, 11, 12, 14 and 27 of the Complaint are **DISMISSED** for failure to exhaust administrative remedies.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that judgment is entered in favor of defendant and against plaintiff on the remaining claims in the Complaint.

Costs are assessed against plaintiff.

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this __12th__ day of March, 2007.